FILED IN CHAMBERS
U.S.D.C. - Atlanta
FEB 26 2018
James N. Hatten, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

GEOFFREY MOORBY; E & E REALTY,

    Plaintiffs

v.

BARBARA JAMERSON and All Other Occupants,

    Defendants

CIVIL ACTION FILE NO.
1:18-CV-362-ODE-CMS

## ORDER

This pro se civil case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Catherine M. Salinas filed January 25, 2018 [Doc. 3] ("R&R"). No objections have been filed.

In the R&R, Judge Salinas recommends that this case be remanded to the Magistrate Court of DeKalb County. Remand is warranted because this Court lacks subject matter jurisdiction over the case.

The Court having read and considered the R&R and noting the absence of any objections thereto, it is hereby ADOPTED as the opinion and order of the Court. Accordingly, this case is REMANDED to the Magistrate Court of DeKalb County, Georgia.

SO ORDERED, this 23 day of February, 2018.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE